■ In the Matter of MICKLE STATHE, an Attorney, Resignor. [33 NYS3d 801]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 22, 2016.)

■ In the Matter of GERALD J. HUBBARD, an Attorney, Resignor. [33 NYS3d 922]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 23, 2016.)

■ In the Matter of AUBREY D. BIRZON, an Attorney, Resignor. [33 NYS3d 922]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 23, 2016.)

■ In the Matter of RANDOLPH PHILIP ZICKL, an Attorney, Resignor. [33 NYS3d 803]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 22, 2016.)

■ In the Matter of PATRICIA VINCENT, an Attorney, Resignor. [33 NYS3d 804]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 28, 2016.)

■ In the Matter of ALLEN C. TOMPKINS, an Attorney, Resignor. [33 NYS3d 922]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 28, 2016.)

■ In the Matter of DONALD L. WARNER, an Attorney, Resignor. [33 NYS3d 805]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 28, 2016.)

■ In the Matter of DEBORAH GREITZER, an Attorney, Resignor. [33 NYS3d 923]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 28, 2016.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY BORDEN, Appellant. [33 NYS3d 807]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Lindley, DeJoseph and Scudder, JJ.